ERRATA

In *DIS Vintage LLC v. United States*, Court No. 16-00013, Public Slip Op. 21-61, dated May 17, 2021

Page 20: On line 3, delete ", who took home a long-overdue Oscar for the role."

June 22, 2021